Before STATE INDUSTRIAL BOARD, Respondent. JOHN DOMINCZAK, Claimant, Respondent, v. PROGRESSIVE STRUCTURAL STEEL COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPH LAURO, Claimant, Respondent, v. WILLIAM ZINSEER Co., INC., and Another, Appellants.— Award reversed on the ground that there was no proof that under normal conditions the wages of the claimant would be expected to increase to thirty dollars a week. No costs. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. FREDERICKA KIEFER, Claimant, Respondent, v. STERNFELD BUILDING CORPORATION and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board for further consideration, on the ground that at the time of the making of the award there was no sufficient legal evidence to support it under the provisions of the Workmen's Compensation Law as then existing. All concur.

ROCKAWAY PACIFIC CORPORATION v. THE STATE OF NEW YORK. THE CITY OF NEW YORK v. THE STATE OF NEW YORK.— Motion denied, and stay vacated, with ten dollars costs.

NORMAN J. ROSE, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Motion granted.

EDGAR J. ROSENFIELD, Respondent, v. GOTHAM SHOE MANUFACTURING Co., INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

BERNARD RABBACH, Respondent, v. HYMAN GOLDBERG, Appellant.— Judgment unanimously affirmed, with costs.

FRANCIS WRIGHT, Respondent, v. MILTON E. TRUMBULL, Appellant.— Judgment and order unanimously affirmed, with costs.